## Mary Quinn v. The City of Chicago.

BILL OF EXCEPTIONS—*Insufficient Statement of Evidence in.*—A state-
ment in a bill of exceptions that "the plaintiff introduced evidence
tending to sustain the allegations of her declaration herein, and the
defendant introduced evidence in conflict with that of the plaintiff,
and that in the opinion of the court the evidence upon the whole case
preponderated against the plaintiff and in favor of the defendant" is not
sufficient for the court to consider assignments of error in the giving of
instructions.

Trespass on the Case, for personal injuries. Error to the Superior Court
of Cook County; the Hon. PHILIP STEIN, Judge, presiding. Heard in
this court at the October term, 1897. Affirmed. Opinion filed February
14, 1898.

F. W. BECKER, attorney for plaintiff in error.

MILES J. DEVINE, and MATTHEW P. BRADY, attorneys
for defendant in error.

MR. PRESIDING JUSTICE ADAMS DELIVERED THE OPIN-
ION OF THE COURT.

Plaintiff in error sued defendant in error in case for
negligently permitting a pile of boards, sticks of tim-
ber, iron rods, etc., to be and remain upon the side-
walk of a public street of the city of Chicago, *per quod*
plaintiff, while exercising ordinary care, was injured,
etc.   The jury found the defendant not guilty, a mo-
tion for a new trial was overruled, and judgment was
entered on the verdict.

The plaintiff assigns as error the giving of the in-
structions, and each of them, requested by the defend-
ant.   The only reference to evidence in the bill of ex-
ceptions is as follows:

"Be it known that upon the trial of said cause on
the 19th and 20th days of May, A. D. 1897, before

his Honor, Judge PHILIP STEIN and a jury, the plaintiff introduced evidence tending to sustain the allegations of her declaration herein, and the defendant introduced evidence in conflict with that of the plaintiff, and that in the opinion of the court the evidence upon the whole case preponderated against the plaintiff and in favor of the defendant."

No evidence whatever is set out. We perceive no error in the instructions, or any of them.

The judgment is affirmed.